# EXHIBIT A

**Deposition Coordination Agreement**

|  | **Defendants' Proposal** |
|---|---|
| **Scope of Coordination** | Applies to *all NY Cases* (both the *News Cases* and the *NY Class Cases*). Also provides a mechanism to coordinate with CA depositions of OpenAI-affiliated witnesses if scheduling permits. |
| **Plaintiff Side Allotted Hours** | *NY Class Cases*:<br>**105 hours** of depositions of OAI witnesses<br>**100 hours** of depositions of MSFT witness<br><br>*News Cases*:<br>**112 hours** of depositions of OAI witnesses<br>**112 hours** of depositions of MSFT witness<br><br>Former employees are included as part of these caps.<br><br>Additional maximum of 50 hours for non-party (and non-former employee) witnesses for each group. |
| **Defendant Side Allotted Hours** | *NY Class Cases*:<br>**130 hours** of NY Class.<br><br>*News Cases*:<br>**112 hours** of NYT witnesses<br>**100 hours** of NYDN witnesses<br>**70 hours** of CIR witnesses<br><br>Former employees are included as part of these caps.<br><br>Additional maximum 50 hours for non-party (and non-former employee) witnesses for each group. |
| **Per-Witness Time (30(b)(1))** | *For OAI:* **12 hours** if noticed in NY Class, News and CA Class; **8 hours** if noticed in NY Class and CA Class.<br><br>*For MSFT and OAI:* **10.5 hours** if noticed in News and Class cases in NY; otherwise, standard 7-hour limit. |

| | |
|---|---|
| | For witnesses also designated as 30(b)(6) witnesses the parties will confer in good faith to negotiate a total amount of deposition time for each witness; there is not a presumption that the any witnesses will be subject to 7 additional hours for 30(b)(6) testimony on top of the cap set forth above.<br><br>For former employees and third-party depositions where the witness is outside the subpoena of the Court such that the deposition is being taken for trial purposes, the seven-hour cap for testimony under the federal rules shall be lifted and the presumptive limit shall be **8 hours** to account for the need of all parties to examine the witness.<br><br>The parties note that for former employee witnesses and third-parties, the Parties agreement on total time is subject to the witnesses' assent. |
| **30(b)(6) Notices** | Draft 30(b)(6) notices will be served in advance of seeking any depositions of a party. |
| **30(b)(6) Time** | Included in overall allocated hours cap for each Party.<br><br>**Minimum** of **17 hours** (assuming good faith need for those minimum hours) and **maximum** of **25 hours** for each Party group (OAI, MSFT, NYT, CIR) with the exceptions that (1) NYDN will be subject cap of **44 hours** of deposition time taken from their witness, and (2) for Author's Guild the parties will negotiate in good faith the number of 30(b)(6) hours following service of the 30(b)(6) deposition notice. |
| **Apex Witnesses** | Not included in 30(b)(1) and 30(b)(6) individual caps above; standard rules and procedures for Apex witnesses will govern and be individually addressed. |
| **Document Production** | OAI and Plaintiffs [and MSFT] agree to production of custodial documents 7 days prior to a witness's deposition. |
| **Ability to Use Deposition Transcripts** | If a deposition is properly noticed in any case in which a party is a party and there's no motion for protective order pending under Rule 32, all parties who attend will receive a copy of the entire transcript and can use it in accordance with the FRCP and FRE |
| **Notice of Depositions** | All Parties agree to negotiate a deposition scheduling protocol to ensure compliance with the Federal Rules and so all parties receive proper notice of any upcoming deposition.<br><br>For deposition subpoenas, they will be served on all parties simultaneously with service on the witness. |
| **Cross-Production** | MSFT will negotiate with Plaintiffs to modify the protective order such that documents from the News and NY Class cases may be used in the context of – and solely in the context |

| | |
|---|---|
| | of – good faith use necessary to the taking coordinated depositions on common issues, including with the CA Plaintiffs. |
| **Reservation of Rights** | All Parties reserve the right to move the Court for additional deposition time beyond these limits for good cause shown.<br><br>All objections are reserved, including but not limited to objections that depositions may be unnecessary, irrelevant or duplicative.<br><br>Microsoft has been negotiating this agreement based on its status as a party in the NY Class and News Cases. Plaintiffs in the CA Class cases have now moved to add Microsoft as a defendant in those consolidated cases. Should Microsoft be added as a defendant, it reserves all rights to take different positions than those agreed to here. Nothing in this Agreement is intended to or should be construed to apply to Microsoft being named as a defendant in California. |