# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAILY NEWS LP, ET AL.,

                Plaintiff,

v.

MICROSOFT CORPORATION, ET AL.,

                Defendants.

24-cv-3285 (SHS) (OTW)

And the Related Cases:
23-cv-11195 (SHS) (OTW)
24-cv-4872 (SHS) (OTW)

CERTIFICATION

---

SIDNEY H. STEIN, U.S. District Judge.

The Court, pursuant to 28 U.S.C. § 2403(b) and Fed. R. Civ. P. 5.1(b), hereby certifies the following:

In *Daily News LP, et al., v. Microsoft Corporation, et al.*, 24-cv-3285, defendant Microsoft Corporation ("Microsoft") has drawn into question the constitutionality of N.Y. Gen. Bus. Law § 360-l in its motion to dismiss Count VIII of the plaintiffs' complaint. (*See* ECF Nos. 76, 77, 105.) Because this is an action proceeding in a United States District Court and neither New York nor any agency, officer or employee thereof is a party, the Court certifies this fact to the New York Attorney General and permits New York to intervene, pursuant to 28 U.S.C. § 2403(b) and Fed. R. Civ. P. 5.1(c), for argument on the question of the constitutionality of section 360-l as-applied to defendants in this action.

Should New York wish to intervene, it shall do so within 60 days from the date of this notice. *See* Fed. R. Civ. P. 5.1(c).

The Clerk of Court is directed to mail a copy of this Certification to the Office of the New York State Attorney General, 28 Liberty Street, New York, NY 10005.

Dated: New York, New York
       February 3, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.